# Exhibit 3

Declaration of Shelbie Swartz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendants. | Case No. 2:24-cv-00518-CDS-MDC<br><br>**DECLARATION OF SHELBIE SWARTZ** |

I, SHELBIE SWARTZ, under penalty of perjury, hereby declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. If called upon to testify before this Court, I would do so to the same effect.

2. I am a resident of Clark County, Nevada.

3. I am currently the Executive Director of the Institute for a Progressive Nevada ("The Institute"), a non-partisan, 501(c)(3) civic engagement and voting rights organization that serves the entire state of Nevada. In addition to an Executive Director, we currently have 11 other employees on staff, including a Deputy Director, a Communications Director, and a Lead Organizer with a focus on voter education. We also work with a limited number of volunteers, and we work closely with our c3 table partners across the state.

4. The Institute's mission is to ensure that all Nevadans know how to vote and can do so with confidence. To further our mission, we produce and distribute in-language voter materials that we share with our c3 partners to ensure that all Nevadans can access critical information about how and where to cast their ballots. For example, we publish a comprehensive voter guide which

- 2 -

includes candidate information, explains where and how to vote, and provides information on universal vote-by-mail in Nevada. In coordination with our c3 partners, we also host a website—RegisterNevada.org—that allows eligible voters to register to vote online and educates them about upcoming election deadlines and eligibility requirements. Finally, we pay for targeted advertisements on radio and social media to ensure that the information and resources we produce reach Nevadans who are most likely to be disenfranchised due to information and language barriers.

5. A substantial, pre-election purge of Nevada's voter rolls would threaten our ability to fulfill our mission by increasing the likelihood that the already at-risk voters we target would be unable to vote because they had been purged from the rolls. To reduce this threat, we would have to undertake a robust, paid advertising campaign encouraging all Nevadans to check their voter registration status. We would also need to update all of our voter education materials, including our comprehensive voter guide, and to have those materials translated into several languages. Because we have limited financial resources, funding such an undertaking would make it extremely difficult for us to fulfill our duty to the people of Nevada while still making payroll. It would also severely limit our ability to do non-purge related voter education work and to dedicate resources towards voter turnout efforts.

I declare under penalty of perjury that the foregoing is true and correct.

*Shelbie Swartz*    Executed on: 3/21/2024

Shelbie Swartz