Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel:  (775) 786-2882
kfp@thorndal.com
Attorney for Defendant
JIM HINDLE, in his official capacity as clerk for Storey County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,

        Plaintiffs,

vs.

FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,

        Defendants.

Case No.     2:24-cv-00518-CDS-MDC

**DEFENDANT JIM HINDLE, in his official capacity as clerk for Storey County's, JOINDER IN DEFENDANT SECRETARY OF STATE'S MOTION TO DISMISS [ECF 26]**

       COMES NOW Defendant JIM HINDLE, in his official capacity as clerk for Storey County, by and through his attorneys Thorndal Armstrong, PC, and hereby joins in Defendant Secretary of State's Motion to Dismiss [ECF 26] filed on April 15, 2024.  Defendant Jim Hindle hereby incorporates the same arguments and grounds as stated therein as through fully set forth herein.

       DATED this 22nd day of April, 2024.

               THORNDAL ARMSTRONG, PC

               By:   */s/ Katherine Parks*
                    KATHERINE F. PARKS, ESQ.
                    Nevada Bar No. 6227
                    6590 S. McCarran Blvd., Suite B
                    Reno, Nevada 89509
                    Attorney for Defendant
                    JIM HINDLE, in his official capacity as clerk for Storey County

- 1 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing DEFENDANT JIM HINDLE, in his official capacity as clerk for Storey County's, JOINDER IN DEFENDANT SECRETARY OF STATE'S MOTION TO DISMISS [ECF 26] to be served on all parties to this action by:

_____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ United States District Court CM/ECF system

_____ electronic means (fax, electronic mail, etc.)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

| | |
|---|---|
| Jeffrey F. Barr, Esq. | David R. Fox, Esq. |
| 8275 South Eastern Avenue, Suite 200 | Christopher D. Dodge, Esq. |
| Las Vegas, NV  89123 | Marisa A. O'Gara, Esq. |
| | Elias Law Group LLP |
| Thomas R. McCarthy, Esq. | 250 Massachusetts Ave NW, Suite 400 |
| Gilbert C. Dickey, Esq. | Washington, DC  20001 |
| Conor D. Woodfin, Esq. | |
| 1600 Wilson Blvd., Suite 700 | Bradley S. Schrager, Esq. |
| Arlington, VA  22209 | Daniel Bravo, Esq. |
| *Attorneys for Plaintiffs* | Bravo Schrager LLP |
| | 6675 South Tenaya Way, Suite 200 |
| | Las Vegas, NV 89113 |
| | *Attorneys for Intervenor Defendants* |
| | *Rise Action Fund, Institute for a Progressive* |
| | *Nevada, and Nevada Alliance for Retired* |
| | *Americans* |
| | |
| Sigal Chattah, Esq. | Aaron D. Ford, Attorney General |
| 5875 S. Rainbow Blvd., #204 | Laena St.-Jules, Esq. |
| Las Vegas, NV  89118 | Senior Deputy Attorney General |
| *Attorney for Plaintiff* | Office of the Attorney General |
| *Nevada Republican Party* | 100 North Carson Street |
| | Carson City, NV  89701 |
| | *Attorneys for Secretary of State* |

DATED this 22nd day of April, 2024.

_____
/s/ Laura Bautista
An employee of Thorndal Armstrong, PC