AARON D. FORD
  Attorney General
LAENA ST-JULES (Bar No. 15156)
  Senior Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: lstjules@ag.nv.gov

*Attorneys for Defendant Francisco Aguilar, in his Official Capacity as Nevada Secretary of State*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, AND SCOTT JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks, <br><br> Defendants. | CASE NO. 2:24-cv-00518-CDS-MDC <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES RELATING TO MOTIONS TO DISMISS AND SET BRIEFING SCHEDULE** <br><br> *FIRST REQUEST* |

This is the first stipulation for an extension of time relating to motions to dismiss filed in this action on April 15, 2024, ECF Nos. 21, 26. Plaintiffs REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON ("***Plaintiffs***"); Defendants FRANCISCO AGUILAR; LORENA PORTILLO; WILLIAM "SCOTT" HOEN; STACI LINDBERG; and JIM HINDLE ("***Defendants***"); and Proposed Intervenor-Defendants RISE ACTION FUND; INSTITUTE FOR A PROGRESSIVE NEVADA; and NEVADA ALLIANCE FOR RETIRED AMERICANS ("***Proposed Intervenor-Defendants***"), (together, the "***Parties***"), by and through their respective counsel of record, stipulate and agree as follows:

1. On April 15, 2024, Proposed Intervenor-Defendants filed their Motion to Dismiss, ECF No. 21;

2. On April 15, 2024, Defendant Francisco Aguilar filed his Motion to Dismiss, ECF No. 26;

3. On April 15, 2024, Defendant Lorena Portillo filed her Joinder to Defendant Francisco Aguilar's Motion to Dismiss, ECF No. 27;

4. On April 18, 2024, Defendant William "Scott" Hoen filed his Joinder to Defendant Francisco Aguilar's Motion to Dismiss, ECF No. 28;

5. On April 19, 2024, Defendant Staci Lindberg filed her Joinder to Defendant Francisco Aguilar's Motion to Dismiss, ECF No. 30;

6. On April 22, 2024, Defendant Jim Hindle filed his Joinder to Defendant Francisco Aguilar's Motion to Dismiss, ECF No. 31;

7. The current deadline for Plaintiffs to file their oppositions to the Proposed Intervenor-Defendants' and Defendant Franscisco Aguilar's Motions to Dismiss (the "Motion to Dismiss") is April 29, 2024.

8. Since the filing of the Motions to Dismiss, the Parties have learned that there is a certain group interested in appearing as *amici curiae* and submitting an amicus brief related to the issues raised in the Motions to Dismiss.

9. The Parties do not object to the filing of the motion for leave to file the amicus brief, but they do wish to adjust the current briefing schedule to allow consideration and response to any issues or arguments the amicus brief may raise.

10. Therefore, the Parties have agreed to set May 6, 2024 as the deadline for the filing of any motion to leave to file an amicus briefs and such briefs.

11. The Parties also agree to extend the deadline for Plaintiffs to file their oppositions to the Motions to Dismiss and any response to the amicus briefs until May 8, 2024; and the deadline to file replies in support of the Motions to Dismiss until May 20, 2024.

12. The Parties submit this Stipulation in good faith and without any intent to cause undue delay in this case.

- 2 -

1  DATED: April 25, 2024

| | |
|---|---|
| ASHCROFT & BARR LLP<br>CONSOVOY MCCARTHY PLLC<br>CHATTAH LAW GROUP | AARON D. FORD<br>Attorney General |
| BY: */s/ Jeffrey F. Barr*<br>Jeffrey F. Barr, Esq. (Bar No. 7269)<br>ASHCROFT & BARR LLP<br>8275 S. Eastern Avenue, Ste. 200<br>Las Vegas, NV 89123<br>barrj@ashcraftbarr.com<br><br>Thomas R. McCarthy, Esq.*<br>Gilbert C. Dickey, Esq.*<br>Conor D. Woodfin, Esq.*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com<br><br>Sigal Chattah, Esq. (Bar No. 8264)<br>CHATTAH LAW GROUP<br>5875 S. Rainbow Blvd #204<br>Las Vegas, NV 89118<br>sigal@thegoodlawyerlv.com<br><br>*Attorneys for Plaintiffs*<br>*\* Application for Pro Hac Vice Forthcoming* | BY: */s/ Laena St-Jules*<br>Laena St-Jules, Esq. (Bar No. 15156)<br>100 North Carson Street<br>Carson City, NV 89701<br>lstjules@ag.nv.gov<br><br>*Attorneys for Defendant Francisco Aguilar, in his Official Capacity as Nevada Secretary of State* |
| JASON D. WOODBURY<br>Carson City District Attorney | STEPHEN B. RYE<br>Lyon County District Attorney |
| BY: */s/ Benjamin R. Johnson*<br>Benjamin R. Johnson, Esq. (Bar No. 10632)<br>885 East Musser Street, Ste. 2030<br>Carson City, NV 89701<br>bjohnson@carson.org<br><br>*Attorneys for Defendant William "Scott" Hoen, in his Official Capacity as Carson City Clerk-Recorder* | BY: */s/ Stephen B. Rye*<br>Stephen B. Rye, Esq. (Bar No. 5761)<br>31 S. Main Street<br>Yerington, NV 89447<br>srye@lyon-county.org<br><br>*Attorneys for Defendant Staci Lingberg, in her Official Capacity as Lyon County Clerk-Treasurer* |

| | |
|---|---|
| STEVEN B. WOLFSON<br>Clark County District Attorney | BRAVO SCHRAGER, LLP<br>ELIAS LAW GROUP LLP |
| BY: */s/ Lisa V. Logsdon*<br>Lisa V. Logsdon, Esq. (Bar No. 11409)<br>500 South Grand Central Pkwy.<br>5th Floor, Ste. 5075<br>Las Vegas, NV 89155<br>Lisa.Logsdon@ClarkCountyDA.com | BY: */s/ David R. Fox*<br>Bradley S. Schrager, Esq. (Bar No. 10217)<br>Daniel Bravo, Esq. (Bar No. 13078)<br>BRAVO SCHRAGER, LLP<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>bradley@bravoschrager.com<br>daniel@bravoschrager.com |
| *Attorneys for Defendant Lorena Portillo, in her Official Capacity as Clark County Registrar of Voters* | David R. Fox, Esq. (Bar No. 16536)<br>Christopher D. Dodge, Esq.*<br>Marisa A. O'Gara, Esq.*<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave. NW, Suite 400<br>Washington, DC 20001<br>dfox@elias.law<br>cdodge@elias.law<br>mogara@elias.law |
| | *Attorneys for Proposed Intervenor-Defendants Rise Action Fund; Institute for a Progressive Nevada; and Nevada Alliance for Retired Americans*<br><br>* *Pro Hac Vice* |

THORNDAL ARMSTRONG, PC

BY: */s/ Katherine F. Parks*
Katherine F. Parks, Esq. (Bar No. 6227)
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
kfp@thorndal.com

*Attorneys for Jim Hindle, in his Official Capacity as Storey County Clerk*

**ORDER**

                **IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

- 4 -