1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8   REPUBLICAN NATIONAL
9   COMMITTEE, et al.

10          Plaintiff(s),

11          vs.

12   FRANCISCO AGUILAR, et al.

13

14          Defendant(s).

15

Case # 2:24-cv-00518

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

16          _____Gilbert C. Dickey_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)

17

18          1.     That Petitioner is an attorney at law and a member of the law firm of

                    Consovoy McCarthy PLLC
19          _____
                                      (firm name)

20   with offices at _____1600 Wilson Boulevard, Suite 700_____,
                                         (street address)

21          _____Arlington_____, _____Virginia_____, ___22209___,
                       (city)                    (state)            (zip code)

23          ___(703) 243-9423___, ___gilbert@consovoymccarthy.com___.
                (area code + telephone number)        (Email address)

24          2.     That Petitioner has been retained personally or as a member of the law firm by

25          __the Republican National Committee, et al.__ to provide legal representation in connection with
                              [client(s)]

27   the above-entitled case now pending before this Court.

28                                                              Rev. 5/16

3.    That since _____12/2/2019_____, Petitioner has been and presently is a

(date)

member in good standing of the bar of the highest Court of the State of ___District of Columbia___

(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| List of admissions attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Alabama State Bar; District of Columbia Bar; Virginia State Bar; North Carolina State Bar; West Virginia State Bar

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 1, 2024 | 2:24-cv-00518 | District of Nevada | Denied |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                          Petitioner's signature

   STATE OF _____Virginia_____ )
5                                 )
   COUNTY OF ____Arlington____ )
6

7    ____Gilbert C. Dickey____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _____
                                                          Petitioner's signature

10 Subscribed and sworn to before me this

11 _24th_ day of _April_, _2024_

12                                                    ┌─────────────────────────────┐
                                                     │ Christopher Stockton Olson  │
13 _____                   │     Notary Public           │
        Notary Public or Clerk of Court              │     Reg #8081457            │
14                                                    │ Commonwealth of Virginia    │
                                                     │ My Commission Expires 3/31/2027 │
15                                                    └─────────────────────────────┘

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate _____Jeffrey F. Barr_____,
19                                                                              (name of local counsel)

20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action.  The address and email address of

22 said designated Nevada counsel is:

23
        _____8275 South Eastern Avenue, Suite 200_____,
24                          (street address)

25 _____Las Vegas_____, _____Nevada_____, __89123__,
            (city)                    (state)           (zip code)

26 _____(702) 631-4755_____, ____barrj@ashcraftbarr.com____.
   (area code + telephone number)          (Email address)
27

28                                      4                              Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5               **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Jeffrey F. Barr _____ as
                                                          (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10                                   _____
                                     (party's signature)
11
                                     [Party signatures attached on separate page]
12                                   (type or print party name, title)

13                                   _____
                                     (party's signature)
14

15                                   _____
                                     (type or print party name, title)
16

17                        **CONSENT OF DESIGNEE**
           The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20                                   _____
                                     Designated Resident Nevada Counsel's signature
21        7269                           barrj@ashcraftbarr.com
                                     _____
                                     Bar number              Email address
22

23

24  APPROVED:

    Dated: this _____ day of _____, 20___.
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                                    5                           Rev. 5/16

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Jeffrey F. Barr as their Designated Resident

Nevada Counsel in this case.

(Signature)

Republican National Committee, Plaintiff

(Signature)

Scott Johnston, Plaintiff

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The Nevada Republican Party appoints Sigal Chattah as its Designated

Resident Nevada Counsel in this case.

Nevada Republican Party, Plaintiff

## LIST OF ADMISSIONS FOR GILBERT C. DICKEY

| Court | Bar Number | Date of Admission |
|---|---|---|
| Alabama Bar | 2140-A46J | 9/28/12 |
| West Virginia Bar | 12655 | 5/13/15 |
| District of Columbia Bar | 1645164 | 12/2/19 |
| North Carolina Bar | 58350 | 10/8/21 |
| Virginia Bar | 98858 | 4/11/23 |
| US Court of Appeals for the Eleventh Circuit | N/A | 7/29/14 |
| US Court of Appeals for the Fourth Circuit | N/A | 10/19/15 |
| US Court of Appeals for the Fifth Circuit | N/A | 2/13/19 |
| US Court of Appeals for the Ninth Circuit | N/A | 5/10/19 |
| US Court of Appeals for the Third Circuit | N/A | 9/4/20 |
| US Court of Appeals for the Seventh Circuit | N/A | 11/27/20 |
| US Court of Appeals for the Second Circuit | N/A | 12/9/20 |
| US Court of Appeals for the D.C. Circuit | N/A | 3/10/21 |
| US District Court, N.D. West Virginia | N/A | 5/11/16 |
| US District Court, S.D. West Virginia | N/A | 5/13/15 |
| US District Court, W.D. North Carolina | N/A | 3/14/22 |
| US District Court, W.D. Michigan | N/A | 3/7/24 |
| Supreme Court of the United States | N/A | 6/21/21 |