UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Republican National Committee, et al.,

        Plaintiffs

v.

Francisco Aguilar, et al.,

        Defendants

Case No. 2:24-cv-00518-CDS-MDC

**Order Granting Motions for Leave and Setting Hearing**

[ECF Nos. 42, 45]

On April 15, 2024, defendant Francisco Aguilar filed a motion to dismiss the complaint. ECF No. 26. On May 3, 2024, the ACLU of Nevada requested leave to file a brief as amici curiae on behalf of themselves and the Campaign Legal Center in support of Aguilar's motion to dismiss. ECF No. 42. Three days later, the Democratic National Committee (DNC) also requested leave to file a brief as amici curiae regarding the same. ECF No. 45.

To assist the court in resolving the motion to dismiss, the parties are ordered to appear for a hearing on **June 7, 2024, at 10:00 a.m.** in LV Courtroom 6B. The court intends to hear argument on (1) whether the December 4, 2023 pre-suit demand, sent 64 days prior to the February 6, 2024 primary election, adequately gave Nevada the opportunity to redress the alleged National Voter Registration Act violation given Section 20507(C)(2)(A)'s 90-day restriction; and (2) the adequacy of plaintiffs' standing allegations. Because the proposed amicus briefs provide useful context on the relevant statute and its operation and speak on an issue of public interest, I GRANT the ACLU's and DNC's motions for leave to file **[ECF Nos. 42, 45]**, and I consider the briefs in resolving the issues. The amicus parties are welcome, but not required, to appear for the June 7 hearing. The court will only hear argument from the plaintiffs and the defendants.

Dated: May 24, 2024

_____
Cristina D. Silva
United States District Judge