Kevin J. Hamilton, WA Bar No. 15648*
Heath L. Hyatt, WA Bar No. 54141*
Margo S. Jasukaitis, WA Bar No. 57045*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

Devon T. Reese, Nevada Bar No. 7496
Nathan R. Ring, Nevada Bar No. 12078
Alex Velto, Nevada Bar No. 14961
REESE RING VELTO, PLLC
200 S. Virginia Street, Suite 655
Reno, Nevada 89501
Telephone: (775) 446-8096
devon@rrvlawyers.com
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for the Democratic National Committee*
*Admitted to Practice in this Case Pro Hac Vice with Designated Resident Nevada Counsel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendants | Case No.: 2:24-cv-00518-CDS-MDC<br><br>**STIPULATION AND ORDER SUBSTITUTING DESIGNATED RESIDENT NEVADA COUNSEL FOR AMICUS DEMOCRATIC NATIONAL COMMITTEE**<br><br>[ECF No. 66] |

*Amicus* THE DEMOCRATIC NATIONAL COMMITTEE, pursuant to LR IA 11-6, hereby substitutes REESE RING VELTO, PLLC, specifically DEVON T. REESE, ESQ., NATHAN R. RING, ESQ., and ALEX VELTO, ESQ., as attorneys of record in place and stead of DANIEL H. STEWART, ESQ., of BROWNSTEIN HYATT FARBER SCHRECK, LLP, as counsel for the DEMOCRATIC NATIONAL COMMITTEE and requests that DEVON T. REESE, ESQ., NATHAN R. RING, ESQ. and ALEX VELTO, ESQ. be designated Resident Nevada Counsel for KEVIN J. HAMILTON, ESQ. and MARGO S. JASUKAITIS, ESQ., who were previously admitted by this Court to practice pro hac vice, affirming they will assume all obligations on DANIEL H. STEWART, ESQ.

DATED this 21st day of May, 2024.

        REESE RING VELTO, PLLC

        */s/ Nathan R. Ring*
        Devon T. Reese, Nevada Bar No. 7496
        Nathan R. Ring, Nevada Bar No. 12078
        Alex Velto, Nevada Bar No. 14961
        200 S. Virginia Street, Suite 655
        Reno, Nevada 89501
        Telephone: (775) 446-8096
        devon@rrvlawyers.com
        nathan@rrvlawyers.com
        alex@rrvlawyers.com

        *Attorneys for the Democratic National Committee*

//
//
//
//
//
//
//
//

The undersigned does hereby consent to withdraw from this matter and to be substituted as the attorney for the DEMOCRATIC NATIONAL COMMITTEE to be replaced by DEVON T. REESE, ESQ., NATHAN R. RING, ESQ. and ALEX VELTO, ESQ. of REESE RING VELTO, PLLC.

DATED this 21st day of May, 2024.

BROWNSTEIN HYATT FARBER SCHRECK

*/s/ Daniel Stewart*
Daniel H. Stewart Nevada Bar No. 11287
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 464-7018
stewart@bhfs.com
*Attorney for the Democratic National Committee*

The undersigned hereby consents to the withdrawal of DANIEL H. STEWART, ESQ., of BROWNSTEIN HYATT FARBER SCHRECK, LLP as counsel of record and further consents to the substitution of REESE RING VELTO, PLLC, specifically DEVON T. REESE, ESQ., NATHAN R. RING, ESQ. and ALEX VELTO, ESQ., as new counsel of record for the DEMOCRATIC NATIONAL COMMITTEE.

Further, pursuant to the requirements of Local Rules of Practice for this Court, KEVIN J. HAMILTON AND MARGO S. JASUKAITIS believe it to be in the best interests of the client to substitute DEVON T. REESE, ESQ., NATHAN R. RING and ALEX VELTO, attorneys at law, members of the State of Nevada Bar, and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

//

//

//

//

3

Nathan R. Ring
Devon T. Reese
Alex Velto
Reese Ring Velto, PLLC
200 S. Virginia St., Suite 655
Reno, Nevada 89501
Telephone: (775) 446-8096
devon@rrvlawyers.com
nathan@rrvlawyers.com
alex@rrvlawyers.com

By this designation, KEVIN J. HAMILTON, MARGO S. JASUKAITIS, and the undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

The undersigned party appoints DEVON T. REESE, NATHAN R. RING and ALEX VELTO as its Designated Resident Nevada Counsel in this case.

DATED this 21st day of May, 2024.

/s/ Andrea Levien
Andrea Levien, Legal Counsel
Democratic National Committee

///

///

///

///

///

///

4

**Consent of Designee**

The undersigned hereby consents to serve as associate resident Nevada Counsel in this case.

REESE RING VELTO, PLLC

/s/Nathan R. Ring
Devon T. Reese, Nevada Bar No. 7496
Nathan R. Ring Nevada Bar No. 12078
Alex Velto Nevada Bar No. 14961
200 S. Virginia Street, Suite 655
Reno, Nevada 89501
Telephone: (775) 446-8096
devon@rrvlawyers.com
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for the Democratic National Committee*

## ORDER

**IT IS HEREBY ORDERED** that the withdrawal of Daniel H. Stewart and Brownstein Hyatt Farber & Schreck as attorney of record for the Democratic National Committee in the above-entitled action is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Democratic National Committee will be represented in this matter by Nathan R. Ring, Alex Velto, and Devon Reese of Reese Ring Velto, PLLC and they are Designated the Resident Nevada Counsel for the Democratic National Committee.

Dated: May 24, 2024

_____
UNITED STATES DISTRICT JUDGE