Kevin J. Hamilton, WA Bar No. 15648*
Heath L. Hyatt, WA Bar No. 54141*
Margo S. Jasukaitis, WA Bar No. 57045*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

Daniel H. Stewart
NV Bar No. 11287
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone:  +1.702.464.7018
dstewart@bhfs.com

*Attorneys for the Democratic National Committee*
*\*Admitted to Practice in this Case Pro Hac Vice with Designated Nevada Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants. | Case Number.: 2:24-cv-00518-CDS-MDC<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

28827543

1  Amicus, Democratic National Committee, by and through its former counsel of record, Daniel H. Stewart, Esq., of Brownstein Hyatt Farber Schreck, LLP, hereby brings this *Ex Parte* Motion to Remove Counsel From CM/ECF Service List.

The basis of this Motion is that Brownstein Hyatt Farber Schreck, LLP, were substituted out of this matter on May 28, 2024 pursuant to Order Granting [Docket 74] Stipulation Substituting Designated Resident Nevada Counsel for Amicus Democratic National Committee [Docket 66].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, it is no longer necessary that Daniel H. Stewart, Esq., of Brownstein Hyatt Farber Schreck, LLP receive CM/ECF notice and hereby request that he be removed from the CM/ECF service list.

DATED this 29th day of May, 2024.

*/s/ Danie; H. Stewart*
Daniel H. Stewart, NV Bar No. 11287
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
dstewart@bhfs.com

Kevin J. Hamilton, WA Bar No. 15648*
Heath L. Hyatt, WA Bar No. 54141*
Margo S. Jasukaitis, WA Bar No. 57045*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
MJasukaitis@perkinscoie.com

*Attorneys for the Democratic National Committee*
*\*Admitted to Practice in this Case Pro Hac Vice*
*with Designated Nevada Counsel*

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

28827543

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I filed the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** with the Clerk of the Court for the United States Federal District Court for the District of Nevada by using the CM/ECF system and that the proper parties were served by way of electronic service.

*/s/ Dominique Hoskins*
An Employee of Brownstein Hyatt Farber Schreck

28827543