Jeffrey F. Barr (NV Bar No. 7269)
8275 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
(702) 631-4755
barrj@ashcraftbarr.com

Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
Conor D. Woodfin* (VA Bar No. 98937)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Sigal Chattah (NV Bar No. 8264)
5875 S. Rainbow Blvd #204
Las Vegas, NV 89118
(702) 360-6200
sigal@thegoodlawyerlv.com

*Admitted pro hac vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants. | No. 2:24-CV-00518<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE DISCOVERY PLAN**<br><br>**FIRST REQUEST** |

This is the first stipulation for an extension of time to file the stipulated discovery plan and scheduling order. Plaintiffs (the Republican National Committee, Nevada Republican Party, and Scott Johnston) and Defendants (Francisco Aguilar; Lorena Portillo; William "Scott" Hoen; Amy Burgans; Staci Lindberg; and Jim Hindle) stipulate as follows:

1. On April 15, 2024, Defendant Francisco Aguilar filed his Motion to Dismiss, Doc. 26. The other defendants joined the motion. *See* Docs. 27, 28, 30, 31, 38.

2. The current deadline for the parties to submit a stipulated discovery plan and scheduling order is May 30, 2024. *See* Doc. 26; LR 26-1.

3. Over the last several weeks, the parties have been conferring over several scheduling issues, including a possible motion to stay discovery in this case pending the Court's resolution of the motion to dismiss.

4. The parties are nearing agreement on these scheduling issues, and respectfully request an additional two weeks to come to an agreement that they can present to the Court.

5. Therefore, the parties have agreed to set June 13, 2024, as the deadline for filing the stipulated discovery plan and scheduling order.

6. The parties submit this stipulation in good faith and without any intent to cause undue delay in this case.

Stipulation

2

Dated: May 30, 2024

Respectfully submitted,

*/s/ Laena St-Jules*
Laena St-Jules (Bar No. 15156)
AARON D. FORD
NEVADA ATTORNEY GENERAL
100 North Carson Street
Carson City, NV 89701
lstjules@ag.nv.gov

*Counsel for Defendant Francisco Aguilar*

*/s/ Benjamin R. Johnson*
Benjamin R. Johnson (Bar No. 10632)
JASON D. WOODBURY
CARSON CITY DISTRICT ATTORNEY
885 East Musser St., Ste. 2030
Carson City, NV 89701
bjohnson@carson.org

*Counsel for Defendant William Hoen*

*/s/ Stephen B. Rye*
Stephen B. Rye (Bar No. 5761)
LYON COUNTY DISTRICT ATTORNEY
31 S. Main St.
Yerington, NV 89447
srye@lyon-county.org

*Counsel for Defendant Staci Lindberg*

*/s/ Katherine F. Parks*
Katherine F. Parks (Bar No. 6227)
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Ste. B
Reno, NV 89509
kfp@thorndal.com

*Counsel for Jim Hindle*

*/s/ Sigal Chattah*
Sigal Chattah (Bar No. 8264)
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, NV 89118
sigal@thegoodlawyerlv.com

Jeffrey F. Barr (Bar No. 7269)
ASHCRAFT & BARR LLP
8275 South Eastern Ave., Ste. 200
Las Vegas, NV 89123
barrj@ashcraftbarr.com

Thomas R. McCarthy*
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Plaintiffs*
**Admitted pro hac vice*

*/s/ Lisa V. Logsdon*
Lisa V. Logsdon (Bar No. 11409)
STEVEN B. WOLFSON
CLARK COUNTY DISTRICT ATTORNEY
500 South Grand Central Pkwy.
5th Floor, Ste. 5075
Las Vegas, NV 89155
Lisa.Logsdon@ClarkCountyDA.com

*Counsel for Defendant Lorena Portillo*

3

Stipulation

*/s/ Cynthea Gregory*
Cynthea Gregory (Bar No. 6576)
MARK B. JACKSON
DOUGLAS COUNTY DISTRICT ATTORNEY
138 Buckeye Road
PO Box 218
Minden, Nevada 89423
cgregory@douglas.nv.gov

*Counsel for Amy Burgans*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Stipulation

4