Jeffrey F. Barr (NV Bar No. 7269)
8275 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
(702) 631-4755
barrj@ashcraftbarr.com

Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
Conor D. Woodfin* (VA Bar No. 98937)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Sigal Chattah (NV Bar No. 8264)
5875 S. Rainbow Blvd #204
Las Vegas, NV 89118
(702) 360-6200
sigal@thegoodlawyerlv.com

*Admitted pro hac vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants. | No. 2:24-CV-00518<br><br>**UNOPPOSED MOTION TO CONTINUE HEARING FOR ONE WEEK**<br><br>**FIRST REQUEST** |

This is the first motion to continue the hearing on Defendants' motion to dismiss scheduled for June 7, 2024. Plaintiffs—the Republican National Committee, Nevada Republican Party, and Scott Johnston—request a one-week continuance, and the motion is unopposed. In support of the motion, Plaintiffs state the following:

1. On April 15, 2024, Defendant Francisco Aguilar filed his motion to dismiss, Doc. 26. The other defendants joined the motion. *See* Docs. 27, 28, 30, 31, 38.

2. On May 24, 2024, the Court ordered a hearing on the motion to dismiss, Doc. 67. The hearing is scheduled for Friday, June 7, 2024.

3. Plaintiffs' counsel has a number of commitments next week, including:

   a. A response to a preliminary injunction motion in the District of New Jersey due on June 3.

   b. A Sixth Circuit brief due on June 4.

   c. A response to a preliminary injunction motion in the Northern District of Alabama due on June 7.

   d. A response to a preliminary injunction motion in Wisconsin state court due on June 7.

   e. A response to a preliminary injunction motion in the Northern District of Georgia due on June 7.

   f. Objections to the report and recommendation granting intervention in this case (Doc. 68) due on June 7.

4. Noting this Court's practice to encourage litigants to permit more junior attorneys to handle argument, *see* Chambers Practices of United States District Judge Cristina D. Silva, Rule III.a, Plaintiffs intend to designate Conor Woodfin, an attorney with fewer than six years' experience, to argue the motion.

5. Therefore, Plaintiffs respectfully request that the Court continue the hearing scheduled on the motion to dismiss by one week, and set the hearing for June 14, 2024, if convenient for the Court. If the Court is unavailable that day, the parties are willing to meet and confer about an alternative date.

6. Plaintiffs submit this stipulation in good faith and without any intent to cause undue delay in this case.

7. Defendants do not oppose this motion.

Dated: June 3, 2024                                      Respectfully submitted,

/s/ Jeffrey F. Barr

| Thomas R. McCarthy* | Jeffrey F. Barr (Bar No. 7269) |
| Gilbert C. Dickey* | ASHCRAFT & BARR LLP |
| Conor D. Woodfin* | 8275 South Eastern Ave., Ste. 200 |
| CONSOVOY MCCARTHY PLLC | Las Vegas, NV 89123 |
| 1600 Wilson Blvd., Ste. 700 | barrj@ashcraftbarr.com |
| Arlington, VA 22209 | |
| tom@consovoymccarthy.com | Sigal Chattah (Bar No. 8264) |
| gilbert@consovoymccarthy.com | CHATTAH LAW GROUP |
| conor@consovoymccarthy.com | 5875 S. Rainbow Blvd #204 |
|  | Las Vegas, NV 89118 |
| *Admitted pro hac vice | sigal@thegoodlawyerlv.com |

*Counsel for Plaintiffs*

Motion to Continue Hearing

3

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2024, this motion was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Jeffrey F. Barr*