1 | Jeffrey F. Barr (NV Bar No. 7269)
2 | 8275 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
(702) 631-4755
3 | barrj@ashcraftbarr.com

4 | Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
5 | Conor D. Woodfin* (VA Bar No. 98937)
1600 Wilson Boulevard, Suite 700
6 | Arlington, VA 22209
(703) 243-9423
7 | tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
8 | conor@consovoymccarthy.com

9 | Sigal Chattah (NV Bar No. 8264)
5875 S. Rainbow Blvd #204
10 | Las Vegas, NV 89118
(702) 360-6200
11 | sigal@thegoodlawyerlv.com

12 | *Admitted pro hac vice

13 |

14 | UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

15 | REPUBLICAN NATIONAL COMMITTEE,
NEVADA REPUBLICAN PARTY, and SCOTT
16 | JOHNSTON,

No. 2:24-CV-00518

17 | Plaintiffs,

**STIPULATION AND**
18 | v. | **PROPOSED ORDER TO**
**EXTEND DEADLINE**
19 | FRANCISCO AGUILAR, *in his official capacity as* | **TO FILE DISCOVERY**
*Nevada Secretary of State*; LORENA PORTILLO, *in* | **PLAN**
20 | *her official capacity as the Registrar of Voters for Clark*
*County*; WILLIAM "SCOTT" HOEN, AMY | **FIRST REQUEST**
21 | BURGANS, STACI LINDBERG, and JIM
HINDLE, *in their official capacities as County Clerks,*

22 | Defendants.

23 |

24 |

25 |

This is the first stipulation for an extension of time to file the stipulated discovery plan and scheduling order. Plaintiffs (the Republican National Committee, Nevada Republican Party, and Scott Johnston) and Defendants (Francisco Aguilar; Lorena Portillo; William "Scott" Hoen; Amy Burgans; Staci Lindberg; and Jim Hindle) stipulate as follows:

1.     On April 15, 2024, Defendant Francisco Aguilar filed his Motion to Dismiss, Doc. 26. The other defendants joined the motion. *See* Docs. 27, 28, 30, 31, 38.

2.     The current deadline for the parties to submit a stipulated discovery plan and scheduling order is May 30, 2024. *See* Doc. 26; LR 26-1.

3.     Over the last several weeks, the parties have been conferring over several scheduling issues, including a possible motion to stay discovery in this case pending the Court's resolution of the motion to dismiss.

4.     The parties are nearing agreement on these scheduling issues, and respectfully request an additional two weeks to come to an agreement that they can present to the Court.

5.     Therefore, the parties have agreed to set June 13, 2024, as the deadline for filing the stipulated discovery plan and scheduling order.

6.     The parties submit this stipulation in good faith and without any intent to cause undue delay in this case.

Stipulation

Dated: May 30, 2024

Respectfully submitted,

/s/ Laena St-Jules
Laena St-Jules (Bar No. 15156)
AARON D. FORD
NEVADA ATTORNEY GENERAL
100 North Carson Street
Carson City, NV 89701
lstjules@ag.nv.gov

Counsel for Defendant Francisco Aguilar


/s/ Benjamin R. Johnson
Benjamin R. Johnson (Bar No. 10632)
JASON D. WOODBURY
CARSON CITY DISTRICT ATTORNEY
885 East Musser St., Ste. 2030
Carson City, NV 89701
bjohnson@carson.org

Counsel for Defendant William Hoen


/s/ Stephen B. Rye
Stephen B. Rye (Bar No. 5761)
LYON COUNTY DISTRICT ATTORNEY
31 S. Main St.
Yerington, NV 89447
srye@lyon-county.org

Counsel for Defendant Staci Lindberg


/s/ Katherine F. Parks
Katherine F. Parks (Bar No. 6227)
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Ste. B
Reno, NV 89509
kfp@thorndal.com

Counsel for Jim Hindle

/s/ Sigal Chattah
Sigal Chattah (Bar No. 8264)
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, NV 89118
sigal@thegoodlawyerlv.com

Jeffrey F. Barr (Bar No. 7269)
ASHCRAFT & BARR LLP
8275 South Eastern Ave., Ste. 200
Las Vegas, NV 89123
barrj@ashcraftbarr.com

Thomas R. McCarthy*
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Counsel for Plaintiffs
*Admitted pro hac vice


/s/ Lisa V. Logsdon
Lisa V. Logsdon (Bar No. 11409)
STEVEN B. WOLFSON
CLARK COUNTY DISTRICT ATTORNEY
500 South Grand Central Pkwy.
5th Floor, Ste. 5075
Las Vegas, NV 89155
Lisa.Logsdon@ClarkCountyDA.com

Counsel for Defendant Lorena Portillo

Stipulation

3

1   */s/ Cynthea Gregory*

2   Cynthea Gregory (Bar No. 6576)
    MARK B. JACKSON

3   DOUGLAS COUNTY DISTRICT ATTORNEY
    138 Buckeye Road

4   PO Box 218
    Minden, Nevada 89423

5   cgregory@douglas.nv.gov

6   *Counsel for Amy Burgans*

7

8                                        **ORDER**

9                                              **IT IS SO ORDERED.**

10

11  _____
    Hon. Maximiliano D. Couvillier III
    United States Magistrate Judge

12

13      DATED: 6/4/2024

14

15

16

17

18

19

20

21

22

23

24

25                                  4

Stipulation