# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Republican National Committee, et al., | Case No. 2:24-cv-00518-CDS-MDC |
| Plaintiffs | **Order Granting Motion to Continue Hearing** |
| v. | |
| Francisco Aguilar, et al., | [ECF No. 81] |
| Defendants | |

This case is currently scheduled for a hearing on defendant Francisco Aguilar's motion to dismiss, to take place on June 7, 2024. Plaintiffs have moved to continue the hearing by one week. Finding good cause and noting that the motion is unopposed, the Court **GRANTS** the motion [ECF No. 81] and orders that the hearing on defendant's motion to dismiss is continued to **June 18, 2024**, at **2:00 p.m.** in LV Courtroom 6B.

Dated: June 4, 2024

_____
Cristina D. Silva
United States District Judge