Jeffrey F. Barr (NV Bar No. 7269)
8275 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
(702) 631-4755
barrj@ashcraftbarr.com

Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
Conor D. Woodfin* (VA Bar No. 98937)
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Sigal Chattah (NV Bar No. 8264)
5875 S. Rainbow Blvd #204
Las Vegas, NV 89118
(702) 360-6200
sigal@thegoodlawyerlv.com

*Admitted pro hac vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

REPUBLICAN NATIONAL COMMITTEE,
NEVADA REPUBLICAN PARTY, and SCOTT
JOHNSTON,

Plaintiffs,

v.

FRANCISCO AGUILAR, *in his official capacity as
Nevada Secretary of State*; LORENA PORTILLO, *in
her official capacity as the Registrar of Voters for Clark
County*; WILLIAM "SCOTT" HOEN, AMY
BURGANS, STACI LINDBERG, and JIM
HINDLE, *in their official capacities as County Clerks*,

Defendants.

No. 2:24-CV-00518

**STIPULATION AND
PROPOSED ORDER TO
STAY DISCOVERY**
(**First Request**)

This is the first stipulation to stay the requirement to file a discovery plan and scheduling order pending the Court's resolution of the pending motions to dismiss. Plaintiffs (the Republican National Committee, Nevada Republican Party, and Scott Johnston) and Defendants (Francisco Aguilar; Lorena Portillo; William "Scott" Hoen; Amy Burgans; Staci Lindberg; and Jim Hindle) stipulate as follows:

1.     On April 15, 2024, Defendant Francisco Aguilar filed his Motion to Dismiss, ECF 26. The other defendants joined the motion. *See* ECF 27, 28, 30, 31, 38.

2.     The original deadline for the parties to submit a stipulated discovery plan and scheduling order was May 30, 2024. *See* ECF 26; LR 26-1.

3.     Over the last several weeks, the parties have been conferring over several scheduling issues, including this request to stay discovery pending the Court's resolution of the motion to dismiss. The parties were nearing agreement, and on May 30 requested an additional two weeks to confer.

4.     The Court granted the motion and ordered the parties to file their joint discovery plan and scheduling order by June 13, 2024. *See* ECF 82.

5.     The parties have conferred about the remaining issues and stipulate that discovery in this matter be stayed until the Court resolves the Defendants' motions to dismiss (ECF 26, 27, 28, 30, 31, 38).

6.     The parties agree it is in the best interest of all parties to await the Court's ruling on the motions to dismiss prior to setting discovery deadlines and incurring the time and expense of written discovery and depositions.

7.     "[A] district court has wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). When deciding whether to stay discovery, a court is guided by Federal Rule of Civil Procedure 1, which ensures a "just, speedy,

Stipulation

and inexpensive determination of every action." *Schrader v. Wynn Las Vegas, LLC*, 2021 WL 4810324, *3 (D. Nev. Oct. 14, 2021) (quoting FRCP 1); *see also Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). And Rule 12(b)(6) "is designed 'to enable defendants to challenge the legal sufficiency of complaints without subjecting themselves to discovery,' the cost of which can be 'prohibitive.'" *City of Oakland v. BP PLC*, 969 F.3d 895, 910 (9th Cir. 2020) (quoting *Rutman Wine Co. v. E. & J. Gallo Winery*, 829 F.2d 729, 738 (9th Cir. 1987)).

8.      The parties agree that discovery is not required for the Court to decide Defendants' motions to dismiss. As the Court's ruling could potentially narrow the case, it would be an inefficient use of resources to engage in discovery prior to the Court's ruling. *See Sibley v. U.S. Sup. Ct.*, 786 F. Supp. 2d 338, 346 (D.D.C. 2011).

9.      The parties believe that, by not expending more funds or time until the motion to dismiss is resolved, the parties have put themselves in the best position possible to preserve resources and protect their respective funds. *See* Fed. R. Civ. P. 1 and LR 1-1. The interests of litigation efficiency and judicial economy are also promoted by a stay of discovery.

7. In the event that the Court denies the motions, the parties further stipulate to file the stipulated discovery plan and discovery order no later than thirty days after this Court rules on Defendants' motions to dismiss (ECF 26, 27, 28, 30, 31, 38).

Stipulation

Dated: June 13, 2024

Respectfully submitted,

*/s/ Laena St-Jules*
Laena St-Jules (Bar No. 15156)
AARON D. FORD
NEVADA ATTORNEY GENERAL
100 North Carson Street
Carson City, NV 89701
lstjules@ag.nv.gov

*Counsel for Defendant Francisco Aguilar*


*/s/ Benjamin R. Johnson*
Benjamin R. Johnson (Bar No. 10632)
JASON D. WOODBURY
CARSON CITY DISTRICT ATTORNEY
885 East Musser St., Ste. 2030
Carson City, NV 89701
bjohnson@carson.org

*Counsel for Defendant William Hoen*


*/s/ Stephen B. Rye*
Stephen B. Rye (Bar No. 5761)
LYON COUNTY DISTRICT ATTORNEY
31 S. Main St.
Yerington, NV 89447
srye@lyon-county.org

*Counsel for Defendant Staci Lindberg*


*/s/ Katherine F. Parks*
Katherine F. Parks (Bar No. 6227)
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Ste. B
Reno, NV 89509
kfp@thorndal.com

*Counsel for Jim Hindle*

*/s/ Jeffrey F. Barr*
Jeffrey F. Barr (Bar No. 7269)
ASHCRAFT & BARR LLP
8275 South Eastern Ave., Ste. 200
Las Vegas, NV 89123
barrj@ashcraftbarr.com

Sigal Chattah (Bar No. 8264)
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, NV 89118
sigal@thegoodlawyerlv.com

Thomas R. McCarthy*
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Plaintiffs*
*Admitted pro hac vice*


*/s/ Lisa V. Logsdon*
Lisa V. Logsdon (Bar No. 11409)
STEVEN B. WOLFSON
CLARK COUNTY DISTRICT ATTORNEY
500 South Grand Central Pkwy.
5th Floor, Ste. 5075
Las Vegas, NV 89155
Lisa.Logsdon@ClarkCountyDA.com

*Counsel for Defendant Lorena Portillo*

Stipulation

1

*/s/ Cynthea Gregory*

2
Cynthea Gregory (Bar No. 6576)
MARK B. JACKSON

3
DOUGLAS COUNTY DISTRICT ATTORNEY

138 Buckeye Road

4
PO Box 218

Minden, Nevada 89423

5
cgregory@douglas.nv.gov

6
*Counsel for Amy Burgans*

7

8
**<u>ORDER</u>**

**IT IS SO ORDERED.**

9

10

11
_____

UNITED STATES DISTRICT JUDGE

12

13
DATED: _____

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation