STEPHEN B. RYE
District Attorney
Nevada Bar No. 5761
Lyon County District Attorney's Office
31 S. Main Street
Yerington, NV  89447
Tel. (775)463-6511
Fax (775)463-6516
Email: srye@lyon-county.org
*Attorney for Staci Lindberg*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendants. | Case No. 2:24-cv-00518-CDS-MDC<br><br>**MOTION FOR LEAVE TO APPEAR VIA ELECTRONIC MEANS AT THE JUNE 18, 2024 HEARING** |

Defendant, STACI LINDBERG, in her official capacity as the Lyon County Clerk-Treasurer, by and through counsel, STEPHEN B. RYE, District Attorney of Lyon County, requests permission to appear at the June 18, 2024 hearing via electronic means. Counsel is based in Yerington, Nevada and travel for this hearing would be difficult for counsel and the Clerk-Treasurer. It is anticipated that the Nevada Attorney General's Office will take the lead on arguing the Motion to Dismiss (ECF No. 26) joined by Lyon County (ECF 30).

//

//

//

//

-1-

Defendant STACI LINDBERG and her counsel respectfully requests permission to appear via electronic means.

Dated this 17th day of June, 2024.

        STEPHEN B. RYE
        Lyon County District Attorney

        /s/ Stephen B. Rye
        Stephen B. Rye
        Bar No. 5761
        Lyon County District Attorney
        31 S. Main Street
        Yerington, NV  89447
        (775)4632-6511
        (775)463-6516 (fax)
        srye@lyon-county.org

        *Attorney for Defendant Staci Lindberg, Lyon County Clerk-Treasurer*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **DEFENDANT STACI LINDEBRG'S MOTION FOR LEAVE TO APPEAR VIA ELECTRONC MEANS AT THE JUNE 18, 2024 HEARING** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 17th day of June, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system as follows:

Jeffrey F. Barr, Esq.
Nevada Bar # 7269
8275 South Easter Avenue, Suite 200
Las Vegas, NV 89123
barrj@ashcraftbarr.com

Sigal Chattah, Esq.
Nevada Bar # 8264
5875 S. Rainbow Blvd. #204
Las Vegas, NV 89118
sigal@thegoolawyerlv.com
*Counsel for the Nevada Republican Party*

Thomas R. McCarthy, Esq.
VA Bar # 74145
Gilbert C. Dickey, Esq.
VA Bar # 98858

Conor D. Woodfin, Esq.
VA Bar # 989377
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com
*Counsel for the Republican National Committee, the Nevada Republican Pary, and Scott Johnston*

David R. Fox
Nevada Bar #16536
Christopher D. Dodge, Esq.
*(pro hac vic forthcoming)*

Marisa A. O'Gara, Esq.
*(pro hac vic forthcoming)*
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elisas.law
cdodge@elias.com
mogara@elias.law

Bradley S. Schrager, Esq.
Nevada Bar # 10217
Daniel Bravo, Esq.
Nevada Bar # 13078
Bravo Schrager LLP
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance For Retired Americans*

\_\_\_\_/s/_____
An employee of the Lyon County
District Attorney's Office