UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Republican National Committee, *et al.*,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Francisco Aguilar, *et al.*,<br><br>                    Defendant(s). | **2:24-cv-00518-CDS-MDC**<br><br>**Order** |

**IT IS ORDERED** that the *Stipulation to Stay Discovery* (ECF No. 87) is **GRANTED**. The parties shall file a stipulated discovery plan and discovery order no later than thirty days after the Court rules on Defendants' motions to dismiss (ECF 26, 27, 28, 30, 31, 38).

DATED this 18th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge