STEPHEN B. RYE
District Attorney
Nevada Bar No. 5761
Lyon County District Attorney's Office
31 S. Main Street
Yerington, NV  89447
Tel. (775)463-6511
Fax (775)463-6516
Email: srye@lyon-county.org
*Attorney for Staci Lindberg*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendants. | Case No. 2:24-cv-00518-CDS-MDC<br><br>**DEFENDANT STACI LINDBERG'S JOINDER IN DEFENDANT SECRETARY OF STATE'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF No. 110]** |

Defendant, STACI LINDBERG, in her official capacity as the Lyon County Clerk-Treasurer, by and through counsel, STEPHEN B. RYE, District Attorney of Lyon County, hereby joins the Nevada Secretary of State's Reply in Support of Motion to Dismiss First Amended Complaint [ECF No. 110]. Defendant STACI LINDBERG joins the Reply in its entirety and incorporates and adopts the supporting memorandum of points and authorities and arguments of the Reply as if fully set forth herein.

//

//

//

//

Defendant STACI LINDBERG respectfully requests an Order from this Court dismissing Plaintiffs' First Amended Complaint.

Dated this 6th day of August, 2024.

    STEPHEN B. RYE
    Lyon County District Attorney

    /s/ Stephen B. Rye
    Stephen B. Rye
    Bar No. 5761
    Lyon County District Attorney
    31 S. Main Street
    Yerington, NV 89447
    (775)4632-6511
    (775)463-6516 (fax)
    srye@lyon-county.org

*Attorney for Defendant Staci Lindberg, Lyon County Clerk-Treasurer*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing **DEFENDANT STACI LINDEBRG'S JOINDER IN DEFENDANT SECRETARY OF STATE'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF No. 110]** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of August, 2024 and the document was served on all parties or persons requiring notice via the United States District Court CM/ECF System.

/s/
An employee of the Lyon County
District Attorney's Office