UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Republican National Committee, et al.,<br><br>         Plaintiffs<br><br>   v.<br><br>Francisco Aguilar, et al.,<br><br>         Defendants | Case No. 2:24-cv-00518-CDS-MDC<br><br>**Order Moving up Deadline for Plaintiffs' Response to Defendants' Motion for Leave to Supplement Authority**<br><br>[ECF No. 118] |

On September 30, 2024, defendant Francisco Aguilar, in his official capacity as Nevada Secretary of State, filed a motion for leave, pursuant to Local Rule 7-2(g), to supplement his authorities in support of his motion to dismiss the first amended complaint. ECF No. 118. Aguilar's proposed supplemental authority is the Ninth Circuit's decision in *Arizona Alliance for Retired Americans v. Mayes*, 2024 WL 4246721 (9th Cir. Sep. 20, 2024). Plaintiffs' deadline to respond to the motion for leave is currently October 14, 2024. As I was already aware of this new Ninth Circuit decision prior to Aguilar's motion to supplement, any response by plaintiffs need not be extensive. Therefore, the deadline for plaintiffs' response (or notice of non-opposition) to defendant's motion for leave is **advanced** from October 14, 2024, to **October 7, 2024.** No reply brief will be necessary, so Aguilar should not file one.

Dated: October 2, 2024

_____
Cristina D. Silva
United States District Judge