```
 1  Jeffrey F. Barr (NV Bar No. 7269)
    8275 South Eastern Avenue, Suite 200
 2  Las Vegas, NV 89123
    (702) 631-4755
 3  barrj@ashcraftbarr.com

 4  Thomas R. McCarthy* (VA Bar No. 47145)
    Gilbert C. Dickey* (VA Bar No. 98858)
 5  Conor D. Woodfin* (VA Bar No. 98937)
    1600 Wilson Boulevard, Suite 700
 6  Arlington, VA 22209
    (703) 243-9423
 7  tom@consovoymccarthy.com
    gilbert@consovoymccarthy.com
 8  conor@consovoymccarthy.com

 9  Sigal Chattah (NV Bar No. 8264)
    5875 S. Rainbow Blvd #204
10  Las Vegas, NV 89118
    (702) 360-6200
11  sigal@thegoodlawyerlv.com

12  *Admitted pro hac vice
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*, <br><br> Defendants. | No. 2:24-cv-00518-CDS-MDC <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

Last week, the Court issued an order granting the motions to dismiss. *See* Doc. 121. The Court ordered the Plaintiffs to file a motion for leave to amend the complaint by November 1, 2024. The Plaintiffs file this unopposed motion requesting an additional 10 days to amend their complaint.

There is good cause to extend the deadline by ten days. *See* Fed. R. Civ. P. 6. The Plaintiffs' amended complaint is currently due four days before the national federal election on November 5. Appellants—the Republican National Committee, Nevada Republican Party, and the Donald J. Trump campaign—have numerous obligations before and after election day, as do their counsel. Those obligations become more numerous and more urgent as the election nears.

For example, Plaintiffs and their counsel have been involved in numerous emergency lawsuits over the past month that affect registration, voting, and the administration of the upcoming election. *E.g., Ga. State Conf. of the NAACP v. Kemp*, No. 1:24-cv-4546 (N.D. Ga. Oct. 7, 2024) (TRO proceedings filed and resolved within four days); *Abhiraman v. State Election Board*, No. 24CV010786 (Ga. Super. Ct. Aug. 26, 2024) (pending decision on bench trial expedited one month after the complaint was filed); *Eternal Vigilance Action, Inc. v. State of Georgia*, No. 24CV011558 (Ga. Super. Ct. Aug. 26, 2024) (expedited trial and Georgia Supreme Court petition resolved this week).

These emergency proceedings often require putting other briefing obligations on hold. For example, the RNC and undersigned counsel have an Eleventh Circuit brief due on October 30, the day before amendment is due in this case. But because briefing in that case is consolidated, the RNC has less leeway to request an extension. The election season requires parties to prioritize cases that will affect the upcoming election. But this is not one of those cases. Plaintiffs thus request an additional ten days to file their motion for leave to amend the complaint, to avoid briefing that motion in the midst of the national election. No party opposes this extension request.

| | | |
|---|---|---|
| 1 | Dated: October 25, 2024 | Respectfully submitted, |
| 2 | | /s/ Jeffrey F. Barr |
| 3 | Thomas R. McCarthy* <br> VA Bar No. 47145 | Jeffrey F. Barr <br> NV Bar No. 7269 |
| 4 | Gilbert C. Dickey* <br> VA Bar No. 98858 | ASHCRAFT & BARR LLP <br> 8275 South Eastern Avenue |
| 5 | Conor D. Woodfin* <br> VA Bar No. 98937 | Suite 200 <br> Las Vegas, NV 89123 |
| 6 | CONSOVOY MCCARTHY PLLC <br> 1600 Wilson Boulevard, Suite 700 | (702) 631-4755 <br> barrj@ashcraftbarr.com |
| 7 | Arlington, VA 22209 <br> (703) 243-9423 | |
| 8 | tom@consovoymccarthy.com <br> gilbert@consovoymccarthy.com | Counsel for the Republican National Committee and Scott Johnston |
| 9 | conor@consovoymccarthy.com | /s/ Sigal Chattah |
| 10 | *admitted pro hac vice | |
| 11 | Counsel for Plaintiffs | Sigal Chattah <br> NV Bar No. 8264 |
| 12 | | CHATTAH LAW GROUP <br> 5875 S. Rainbow Blvd #204 <br> Las Vegas, NV 89118 |
| 13 | | (702) 360-6200 <br> sigal@thegoodlawyerlv.com |
| 14 | | |
| 15 | | Counsel for the Nevada Republican Party |

2

Motion for Extension of Time