1  AARON D. FORD
   Attorney General
2  LAENA ST-JULES (Bar No. 15156)
   Senior Deputy Attorney General
3  Office of the Attorney General
4  100 North Carson Street
Carson City, Nevada 89701-4717
5  T: (775) 684-1100
E:  lstjules@ag.nv.gov

6  *Attorneys for Secretary of State*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>        Plaintiffs,<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>        Defendants. | Case No. 2:24-cv-00518-CDS-MDC<br><br>**DEFENDANT SECRETARY OF STATE'S NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

///
///
///
///
///

Page **1** of **2**

Defendant Francisco Aguilar, in his official capacity as Nevada Secretary of State ("Secretary"), does not oppose Plaintiffs' motion for leave to file an amended complaint, ECF No. 124. However, the Secretary maintains that this case should be dismissed and intends to file a motion to dismiss the proposed second amended complaint, ECF No. 124-1, if it is filed in this action.

DATED this 25th day of November 2024.

AARON D. FORD
Attorney General

By: */s/Laena St-Jules*
LAENA ST-JULES (Bar No. 15156)
Senior Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: lstjules@ag.nv.gov

*Attorneys for Secretary of State*