MARK B. JACKSON
Douglas County District Attorney
Cynthea Gregory
Deputy District Attorney
Nevada Bar No. 6576
Douglas County District Attorney's Office
1038 Buckeye Road
P.O. Box 218
Minden, Nevada 89423
Tel: 775-782-9803
cgregory@douglas.nv.gov
*Attorneys for Amy Burgans, Douglas County Clerk*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks, <br><br> Defendants | Case No.: 2:24-cv-00518-CDS-MDC <br><br><br> **DEFENDANT DOUGLAS COUNTY CLERK AMY BURGANS', JOINDER IN SECRETARY OF STATE'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Defendant, AMY BURGANS, in her official capacity as Douglas County Clerk, by and through the Douglas County District Attorney's Office, and Cynthea Gregory, Deputy District Attorney hereby joins in Defendant Secretary of State's Non-Opposition to Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 125] filed on November 25, 2024.

///

///

///

///

///

AMY BURGANS, joins Defendant Secretary of State's Non-Opposition to Plaintiff's Motion for Leave to File Amended Complaint in its entirety, thereby adopting the assertion the case should again be dismissed as stated therein.

DATED this 25th day of November, 2024.

MARK B. JACKSON
Douglas County District Attorney

By: /s/ Cynthea Gregory
Cynthea Gregory
1038 Buckeye Road
PO Box 218
Minden, Nevada 89423
Tel: 775-782-9803
cgregory@douglas.nv.gov
*Attorneys for Amy Burgans, Douglas County Clerk*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Douglas County District Attorney's Office, and that on this 25th day of November, 2024, the foregoing **DEFENDANT DOUGLAS COUNTY CLERK AMY BURGANS', JOINDER IN SECRETARY OF STATE'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

/s/ Juley Frank
An Employee of the Douglas County
District Attorney's Office