STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **LISA V. LOGSDON**
COUNTY COUNSEL
State Bar No. 011409
500 South Grand Central Pkwy.
5th Floor, Ste. 5075
Las Vegas, Nevada  89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Lisa.Logsdon@ClarkCountyDA.com
Attorneys for Defendant
Lorena Portillo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>                Plaintiff,<br><br>       vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGAINS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>                Defendants. | Case No:     2:24-cv-00518<br><br>**DEFENDANT LORENA PORTILLO'S JOINDER IN DEFENDANT SECRETARY OF STATE'S NON OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

COMES NOW LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County, by and through her attorney, STEVEN B. WOLFSON, District Attorney, by LISA V. LOGSDON, County Counsel, and hereby joins in Defendant Secretary of State's Non-Opposition to Plaintiffs' Motion for Leave to File Amended Complaint.

/ / /

/ / /

S:\LIT\P-R\Republican National Committee\2 24-cv-00518\Pleadings\2024.11.25 Def Portillo's Joinder to SOS's Non Opp to Pls Motion to Amend Complaint.docx\sw

1 of 4

LORENA PORTILLO joins Defendant Secretary of State's Non-Opposition to Plaintiffs' Motion for Leave to File Amended Complaint in its entirety, thereby adopting the supporting points and authorities filed therein.

DATED this 25th day of November, 2024.

> STEVEN B. WOLFSON
> DISTRICT ATTORNEY
>
> By: */s/Lisa V. Logsdon*
> LISA V. LOGSDON, COUNTY COUNSEL
> State Bar No. 011409
> 500 South Grand Central Pkwy.
> 5th Floor, Ste. 5075
> Las Vegas, Nevada 89155-2215
> Attorney for Defendant
> Lorena Portillo

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Clark County District Attorney and that on this 25th day of November, 2024, I served a true and correct copy of the foregoing **DEFENDANT LORENA PORTILLO'S JOINDER IN DEFENDANT SECRETARY OF STATE'S NON OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** through CM/ECF Electronic Filing system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

| | |
|---|---|
| Jeffrey F. Barr, Esq.<br>Nevada Bar #7269<br>8275 South Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>barrj@ashcraftbarr.com | Thomas R. McCarthy, Esq.<br>VA Bar #47145<br>Gilbert C. Dickey, Esq.<br>VA Bar #98858<br>Conor D. Woodfin, Esq.<br>VA Bar #989377<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com<br><br>*Counsel for the Republican National Committee, the Nevada Republican Party, and Scott Johnston* |

/ / /

/ / /

S:\LIT\P-R\Republican National Committee\2 24-cv-00518\Pleadings\2024.11.25 Def Portillo's Joinder to SOS's Non Opp to Pls Motion to Amend Complaint.docx\sw

2 of 4

| | | |
|---|---|---|
| 1 | Sigal Chattah, Esq.<br>Nevada Bar #8264<br>5875 S. Rainbow Blvd. #204<br>Las Vegas, NV 89118<br>sigal@thegoodlawyerlv.com<br>*Counsel for the Nevada Republican Party* | Margo S. Jasukaitis<br>Perkins Coie LLP<br>1201 3rd Ave<br>#4900<br>Seattle, WA 98101<br>mjasukaitis@perkinscoie.com |

Sigal Chattah, Esq.
Nevada Bar #8264
5875 S. Rainbow Blvd. #204
Las Vegas, NV 89118
sigal@thegoodlawyerlv.com
*Counsel for the Nevada Republican Party*

David R. Fox
Nevada Bar No. 16536
Christopher D. Dodge, Esq.
(*pro hac vic forthcoming*)
Marisa A. O'Gara, Esq.
(*pro hac vice forthcoming*)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
dfox@elias.law   cdodge@elias.law
mogara@elias.law

Bradley S. Schrager, Esq.
Nevada Bar No. 10217
Daniel Bravo, Esq.
Nevada Bar No. 13078
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
bradley@bravoschrager.com
daniel@bravoschrager.com
*Attorneys for Intervenor-Defendants Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans*

Aileen E. Cohen, Esq.
Thorndal Armstrong, PC
1100 E. Bridger Avenue
Las Vegas, NV 89101
aec@thorndal.com

Katherine F. Parks, Esq.
Thorndal Armstrong, PC
6590 S. McCarran Blvd., #B
Reno, NV 89509
kfp@thorndal.com
*Attorneys for Defendant Jim Hindle, Storey County Clerk*

Kevin J. Hamilton
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
khamilton@perkinscoie.com

/ / /

Margo S. Jasukaitis
Perkins Coie LLP
1201 3rd Ave
#4900
Seattle, WA 98101
mjasukaitis@perkinscoie.com

Devon T. Reese
Reese Velto PLLC
200 S. Virginia Street
Suite 655
Reno, NV 89501
devon@rrvlawyers.com

Nathan R. Ring
Reese Ring Velto PLLC
3100 W. Charleston Blvd.
Ste. 208
Las Vegas, NV 89102
nathan@rrvlawyers.com

Alex R. Velto
Reese Velto, PLLC
200 S. Viriginia Street
Suite 655
Reno, NV 89501
alex@rrvlawyers.com

Daniel Henry Stewart
Brownstein Hyatt Farber Schreck, LLP
100 N. City Parkway
Ste 1600
Las Vegas, NV 89106
dstewart@bhfs.com
*Attorneys for Intervenor Defendant Democratic National Committee*

Benjamin Robert Johnson
Carson City District Attorney
State of Nevada - Office of the Attorney General
885 E. Musser Street
Suite 2030
Carson City, NV 89701
bjohnson@carson.org

Jason D. Woodbury
Carson City District Attorney's Office
885 E. Musser Street
Ste 2030
Carson City, NV 89701
jwoodbury@carson.org
*Attorneys for Defendant William Scott Hoen Carson City Clerk*

S:\LIT\P-R\Republican National Committee\2 24-cv-00518\Pleadings\2024.11.25 Def Portillo's Joinder to SOS's Non Opp to Pls Motion to Amend Complaint.docx\sw

3 of 4

| | |
|---|---|
| Stephen B Rye<br>Lyon County District Attorney<br>31 S. Main Street<br>Yerington, NV 89447<br>srye@lyon-county.org<br>*Attorneys for Staci Lindberg*<br>*Lyon County Clerk* | Laena St-Jules<br>Office of the Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>lstjules@ag.nv.gov<br>*Attorneys for Defendant*<br>*Francisco Aguilar* |
| Aseem Mulji<br>Campaign Legal Center<br>1101 14th Street NW<br>Suite 400<br>Washington, DC 20005<br>amulji@campaignlegal.org<br><br>Sadmira Ramic<br>ACLU of Nevada<br>601 S. Rancho Dr.<br>Ste B-11<br>Las Vegas, NV 89106<br>ramic@aclunv.org<br>*Attorneys for Intervenor Defendant*<br>*ACLU of Nevada* | Cynthea Gregory, Esq.<br>Douglas County District Attorney<br>P.O. Box 218<br>Minden, NV 89423<br>cgregory@douglas.nv.gov<br>*Attorneys for Defendant*<br>*Amy Burgans*<br>*Doughlas County Clerk* |

*/s/ Afeni Banks*
An Employee of the Clark County District Attorney's Office – Civil Division

S:\LIT\P-R\Republican National Committee\2 24-cv-00518\Pleadings\2024.11.25 Def Portillo's Joinder to SOS's Non Opp to Pls Motion to Amend Complaint.docx\sw

4 of 4