STEPHEN B. RYE
District Attorney
Nevada Bar No. 5761
Lyon County District Attorney's Office
31 S. Main Street
Yerington, NV 89447
Tel. (775)463-6511
Fax (775)463-6516
Email: srye@lyon-county.org
*Attorney for Staci Lindberg*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendants. | Case No. 2:24-cv-00518-CDS-MDC<br><br>**DEFENDANT STACI LINDBERG'S JOINDER IN DEFENDANT SECRETARY OF STATE'S NON OPPOSITION TO PLAITNIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [ECF No. 125]** |

Defendant, STACI LINDBERG, in her official capacity as the Lyon County Clerk-Treasurer, by and through counsel, STEPHEN B. RYE, District Attorney of Lyon County, hereby joins the Nevada Secretary of State's Non Opposition to Plaintiffs' Motion For Leave to File Amended Complaint [ECF No. 125].

//
//
//
//
//
//

-1-

1   Defendant STACI LINDBERG joins the Non Opposition to Plaintiffs' Motion in its entirety,
2   and joins in the statement that this case should be dismissed.
3   Dated this 25th day of November, 2024.

STEPHEN B. RYE
Lyon County District Attorney

/s/ Stephen B. Rye
Stephen B. Rye
Bar No. 5761
Lyon County District Attorney
31 S. Main Street
Yerington, NV  89447
(775)4632-6511
(775)463-6516 (fax)
srye@lyon-county.org

*Attorney for Defendant Staci Lindberg, Lyon County Clerk-Treasurer*

-2-

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **DEFENDANT STACI LINDEBRG'S JOINDER IN DEFENDANT SECRETARY OF STATE'S NON OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [ECF No. 125]** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on November 25, 2024, and the document was served on all parties or persons requiring notice via the United States District Court CM/ECF System.

/s/
An employee of the Lyon County
District Attorney's Office

-3-