Katherine F. Parks, Esq.
Nevada Bar No. 6227
Aileen E. Cohen, Esq.
Nevada Bar No. 5263
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
aec@thorndal.com
Attorneys for Defendant
JIM HINDLE, in his official capacity as clerk for Storey County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendants. | Case No.   2:24-cv-00518-CDS-MDC<br><br>**DEFENDANT JIM HINDLE, in his official capacity as clerk for Storey County's, JOINDER IN DEFENDANT SECRETARY OF STATE'S NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [ECF 125]** |

COMES NOW Defendant JIM HINDLE, in his official capacity as clerk for Storey County, by and through his attorneys Thorndal Armstrong, PC, and hereby joins in Defendant Secretary of State's Non-Opposition to Plaintiffs' Motion for Leave to File Amended Complaint [ECF 125] filed on November 25, 2024.

/ / /

/ / /

/ / /

/ / /

- 1 -

1  Defendant Jim Hindle hereby incorporates the same arguments and grounds as stated
2  therein as through fully set forth herein.
3  DATED this 25th day of November, 2024.

THORNDAL ARMSTRONG, PC

By: */s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorneys for Defendant
JIM HINDLE, in his official capacity as clerk for Storey County

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing DEFENDANT JIM HINDLE, in his official capacity as clerk for Storey County's, JOINDER IN DEFENDANT SECRETARY OF STATE'S NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [ECF 125] to be served on all parties to this action by:

____   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__X__ United States District Court CM/ECF system

_____ electronic means (fax, electronic mail, etc.)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

| | |
|---|---|
| Jeffrey F. Barr, Esq.<br>8275 South Eastern Avenue, Suite 200<br>Las Vegas, NV  89123<br><br>Thomas R. McCarthy, Esq.<br>Gilbert C. Dickey, Esq.<br>Conor D. Woodfin, Esq.<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA  22209<br>*Attorneys for Plaintiffs* | David R. Fox, Esq.<br>Christopher D. Dodge, Esq.<br>Marisa A. O'Gara, Esq.<br>Elias Law Group LLP<br>250 Massachusetts Ave NW, Suite 400<br>Washington, DC  20001<br><br>Bradley S. Schrager, Esq.<br>Daniel Bravo, Esq.<br>Bravo Schrager LLP<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>*Attorneys for Intervenor Defendants*<br>*Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans* |
| Sigal Chattah, Esq.<br>5875 S. Rainbow Blvd., #204<br>Las Vegas, NV  89118<br>*Attorney for Plaintiff*<br>*Nevada Republican Party* | Aaron D. Ford, Attorney General<br>Laena St.-Jules, Esq.<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV  89701<br>*Attorneys for Defendant Secretary of State* |

- 3 -

| | |
|---|---|
| Jason D. Woodbury<br>Carson City District Attorney<br>Benjamin R. Johnson, Esq.<br>885 East Musser Street, Ste. 2030<br>Carson City, NV 89701<br>*Attorneys for Defendant William "Scott" Hoen, in his Official Capacity as Carson City Clerk-Recorder* | Stephen B. Rye<br>Lyon County District Attorney<br>31 S. Main Street<br>Yerington, NV 89447<br>*Attorney for Defendant Staci Lingberg, in her Official Capacity as Lyon County Clerk-Treasurer* |
| Mark B. Jackson<br>Douglas County District Attorney<br>Cynthea Gregory<br>Deputy District Attorney<br>Douglas County District Attorney's Office<br>1038 Buckeye Road<br>P.O. Box 218<br>Minden, Nevada 89423<br>*Attorneys for Defendant Amy Burgans, Douglas County Clerk* | Steven B. Wolfson<br>Clark County District Attorney<br>Lisa Logsdon<br>Nichole Kazimirovicz<br>500 South Grand Central Pkwy. 5th Floor, Ste. 5075<br>Las Vegas, Nevada 89155-2215<br>*Attorneys for Defendant Lorena Portillo Clark County Registrar of Voters* |

Kevin J. Hamilton, Esq.
Margo S. Jasukaitis, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

Devon T. Reese, Esq.
Nathan R. Ring, Esq.
Alex Velto, Esq.
Reese Ring Velto, PLLC
200 S. Virginia Street, Suite 655
Reno, NV 89501
*Attorneys for the Democratic National Committee*

DATED this 25th day of November, 2024.

    /s/ Laura Bautista
An employee of Thorndal Armstrong, PC

- 4 -