# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Republican National Committee, *et al*,

Plaintiff(s),

vs.

Francisco Aguilar, *et al*.,

Defendant(s).

**2:24-cv-00518-CDS-MDC**

**ORDER GRANTING MOTION TO AMEND**

Pending before the Court is plaintiffs' *Motion to Amend* ("Motion") (ECF No. 124). Defendants Aguilar, Burgans, Portillo, Lindberg, and Hindle filed a Non-opposition/Joinder to Non-opposition. *See* ECF Nos. 125-29. Intervenor defendants did not file a response to the Motion. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion…constitutes a consent to the granting of the motion."). For good cause shown and because the Motion is unopposed, the Court GRANTS the Motion.

ACCORDINGLY,

**IT IS ORDERED that** the *Motion to Amend* (ECF No. 124) is GRANTED.

**IT IS FURTHER ORDERED that** plaintiffs must file their Amended Complaint by no later than **December 3, 2024**.

DATED this 26th day of November 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge