David R. Fox (NV Bar No. 16536)
Christopher D. Dodge (*pro hac vice*)
Marisa A. O'Gara (*pro hac vice*)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
cdodge@elias.law
mogara@elias.law

Bradley S. Schrager (NV Bar No. 10207)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants*
*Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks, <br><br> Defendants. | Case No. 2:24-cv-00518-CDS-MDC <br><br> **INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT AUTHORITIES** |

- 1 -

Intervenor-Defendants move the Court, pursuant to Local Rule 7-2(g), for leave to cite supplemental authority, attached as Exhibit 1, in support of their pending Motion to Dismiss Plaintiffs' Second Amended Complaint. ECF No. 136. The proposed supplemental authority—*Drouillard v. Roberts*, No. 24-CV-06969-CRB, ECF No. 42 (N.D. Cal., Jan. 27, 2025) (Breyer, J.)—is a decision of a sister district court within the Ninth Circuit dismissing a substantially similar NVRA claim to the one made here.

In *Drouillard*, plaintiffs challenged a county's alleged failure to remove ineligible voters as required by the NVRA. Ex. 1 at 1. The district court found both that plaintiffs lacked standing and that they failed to sufficiently allege a violation of the NVRA. *Id.* at 3-8. As to standing, the decision affirms that allegations of vote dilution and undermined confidence in the integrity of elections are too generalized and speculative to confer Article III standing. *Id.* at 3-6. Such alleged injuries are "plainly inadequate'" to confer standing because they generalized grievances that can be raised by any voter. *Id.* at 4. It further noted the Ninth Circuit has found vote dilution injuries like the one pled here "not actionable." *Id.* (citing *Election Integrity Project California, Inc. v. Webster*, 113 F.4th 1072, 1085-87 (9th Cir. 2024)).

The court also found plaintiffs failed to state an NVRA claim. *Id.* at 6-8. It emphasized that results-based allegations focused solely on the number of potentially ineligible voters on the rolls—just like those offered by Plaintiffs in this case—are "conclusory" and insufficient to state an NVRA violation. *Id.* at 7. Instead, a complaint must allege a *specific* inadequacy in a defendant's list maintenance efforts, including by "alleg[ing] *how* Defendants' voter list maintenance programs violate the NVRA." *Id*. (emphasis added). As here, the *Drouillard* plaintiffs failed to allege that "the [state] Elections Code fails to comply with the NVRA, that Defendants have failed to implement the [state] Elections Code, or even that [any] county has failed to satisfy the NVRA's safe harbor provision." *Id.*

Intervenor-Defendants respectfully submit that *Drouillard* further supports dismissal of the Second Amended Complaint here.

ELIAS LAW GROUP LLP
ATTORNEYS AT LAW
WASHINGTON, DC

| | |
|---|---|
| Dated: February 5, 2025 | Respectfully submitted,<br><br>**ELIAS LAW GROUP LLP**<br><br>By: */s/ David R. Fox*<br>David R. Fox (NV Bar No. 16536)<br>Christopher D. Dodge (*pro hac vice*)<br>Marisa A. O'Gara (*pro hac vice*)<br>**Elias Law Group LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, DC 20001<br>(202) 968-4490<br>dfox@elias.law<br>cdodge@elias.law<br>mogara@elias.law<br><br>Bradley S. Schrager (NV Bar No. 10217)<br>Daniel Bravo (NV Bar No. 13078)<br>**Bravo Schrager LLP**<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>(702) 996-1724<br>bradley@bravoschrager.com<br>daniel@bravoschrager.com<br><br>*Attorneys for Intervenor-Defendants* |