SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants. | No. 2:24-cv-00518-CDS-MDC<br><br>**MOTION TO WITHDRAW AND PROPSED ORDER** |

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

The undersigned counsel hereby moves to Withdraw as Counsel for Plaintiff NEVADA REPUBLICAN PARTY. This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Sigal Chattah, Esq., attached hereto, the pleadings and papers on file and any argument adduced at the hearing of this Motion to Withdraw as Counsel for Plaintiff.

-1-

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 27, 2025, undersigned Counsel received an appointment to serve as Interim United States Attorney by United States Attorney General Pam Bondi and President of the United States Donald J. Trump.

Local Rule IA 11-06 (a) allows for an attorney to withdraw with leave of court after notice of the intent to withdraw is served. Counsel has notified Plaintiff that she is withdrawing from representing her client, Plaintiff, and is seeking withdrawal by motion.

Local Rule IA 11-06 (e) provides that, except for good cause, withdrawal will not be granted if a delay in discovery, the trial or any hearing will result.

Plaintiff' is in agreement that Counsel withdraw from this case. Further, Plaintiff has additional Counsel on this matter, to wit; Jeffrey F. Barr, Esq. along with *Pro Hac* Counsel, Conor D. Woodfin, Esq.  and will not be affected by this withdrawal. All pending litigation will proceed in ordinary course with Co-Counsel as planned.

Attached is the Declaration of Counsel setting forth that in her belief it is in the best interests of Counsel and Plaintiff that Counsel's motion be granted.

Dated this __31st__ day of March, 2025.

CHATTAH LAW GROUP

*/s/ Sigal Chattah* _____
SIGAL CHATTAH, ESQ.
Nevada Bar No. 6264
5875 S. Rainbow Blvd., #204
Las Vegas, NV  89118
T: (702) 360-6200
F: (702) 643-6292
Attorney for Plaintiff

## ORDER

IT IS THEREFORE ORDERED that Counsel be allowed to withdraw as Counsel of record, for Plaintiff NEVADA REPUBLICAN PARTY.

Remaining counsel for plaintiff are admitted pro hac and shall file by May 3, 2025, a Notice of Association with Local Counsel pursuant to LR IA 11-2(d).

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/3/2025