1  Jeffrey F. Barr (NV Bar No. 7269)
   8275 South Eastern Avenue, Suite 200
2  Las Vegas, NV 89123
   (702) 631-4755
3  barrj@ashcraftbarr.com

4  Thomas R. McCarthy* (VA Bar No. 47145)
   Gilbert C. Dickey* (VA Bar No. 98858)
5  Conor D. Woodfin* (VA Bar No. 98937)
   1600 Wilson Boulevard, Suite 700
6  Arlington, VA 22209
   (703) 243-9423
7  tom@consovoymccarthy.com
   gilbert@consovoymccarthy.com
8  conor@consovoymccarthy.com

9  *Counsel for Plaintiffs*
   *\*admitted pro hac vice*

10

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants. | No. 2:24-cv-00518-CDS-MDC<br><br>**Notice of Association with Local Counsel** |

Under Local Rule IA 11-2(d), Gilbert C. Dickey (VA Bar No. 98858) provides notice that he is appearing pro hac vice under Local Rule IA 11-2, and associates with attorney Jeffrey F. Barr (NV Bar No. 7269) of the law firm Ashcraft & Barr LLP, which maintains an office at 8275 South Eastern Avenue, Suite 200, Las Vegas, NV 89123.

Dated: April 25, 2025                                                  Respectfully submitted,

/s/ Jeffrey F. Barr

| | |
|---|---|
| Thomas R. McCarthy* | Jeffrey F. Barr |
|   VA Bar No. 47145 |   NV Bar No. 7269 |
| Gilbert C. Dickey* | ASHCRAFT & BARR LLP |
|   VA Bar No. 98858 | 8275 South Eastern Avenue |
| Conor D. Woodfin* | Las Vegas, NV 89123 |
|   VA Bar No. 98937 | (702) 631-4755 |
| CONSOVOY MCCARTHY PLLC | barrj@ashcraftbarr.com |
| 1600 Wilson Boulevard, Suite 700 | |
| Arlington, VA 22209 | |
| (703) 243-9423 | |
| tom@consovoymccarthy.com | |
| gilbert@consovoymccarthy.com | |
| conor@consovoymccarthy.com | |

*admitted pro hac vice

*Counsel for Plaintiffs*

2

Notice of Association with Local Counsel

## CERTIFICATE OF SERVICE

This filing was served on all appearing parties on the 25th day of April, 2025 by electronic service by way of the Court's ECF System.

*/s/ Jeffrey F. Barr*
An employee of Ashcraft & Barr LLP