AARON D. FORD
  Attorney General
LAENA ST-JULES (Bar No. 15156)
  Senior Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: lstjules@ag.nv.gov

*Attorneys for Defendant Nevada Secretary of State*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>    Plaintiffs,<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>    Defendants. | Case No. 2:24-cv-00518-CDS-MDC<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Laena St-Jules hereby moves to withdraw as counsel for Defendant Francisco Aguilar, in his official capacity as Nevada Secretary of State ("Secretary") pursuant to LR IA 11-6. Laena St-Jules is leaving the Office of the Attorney General on July 3, 2025 to pursue another opportunity and will be unable to continue her representation. The Secretary will continue to be represented by Deputy Solicitor General Jeffrey M. Conner, and withdrawal, if granted, will not delay discovery, trial, or any hearing in this action.

DATED this 2nd day of July 2025.

        AARON D. FORD
        Attorney General

By: */s/ Laena St-Jules*
    LAENA ST-JULES (Bar No. 15156)
    Senior Deputy Attorney General
    Office of the Attorney General
    100 North Carson Street
    Carson City, Nevada 89701-4717
    T: (775) 684-1100
    E: lstjules@ag.nv.gov

*Attorneys for Defendant Nevada Secretary of State*

**ORDER**
IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 7/7/2025