Jeffrey F. Barr (NV Bar No. 7269)
ASHCRAFT & BARR LLP
8275 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
(702) 631-4755
barrj@ashcraftbarr.com

Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
Conor D. Woodfin* (VA Bar No. 98937)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Admitted pro hac vice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants. | No. 2:24-CV-00518<br><br>**JOINT STATUS UPDATE AND MOTION TO CONTINUE HEARING** |

The parties jointly file this status update and request for a continuance of the hearing currently scheduled for November 3, 2025.

1. Following the Ninth Circuit's *en banc* rehearing order in *Arizona Alliance for Retired Americans v. Mayes*, 117 F.4th 1165 (9th Cir. 2024), this Court held a status conference on June 26, 2025, to determine how the rehearing order would affect this case.

2. At the hearing, the Court "enter[ed] a stay pending a decision in the Ninth Circuit's decision in *Arizona Alliance for Retired Americans v. Mayes* case." ECF No. 167. The Court also "denie[d] without prejudice" the pending motions to dismiss and motion for leave to supplement authorities. *Id.* The Court scheduled a follow-up status conference for November 3, 2025, at 10:00 AM. *Id.*

3. The Ninth Circuit *en banc* panel heard oral argument in *Arizona Alliance for Retired Americans* on June 26, 2025. The *en banc* panel has not yet issued a decision.

4. The parties to this case agree that current circumstances do not warrant lifting the stay at this time.

5. Accordingly, the parties jointly request that the Court continue the status conference scheduled for November 3, 2025.

6. If the status conference is continued, the Plaintiffs commit to filing a notice and proposed briefing schedule when the Ninth Circuit issues an opinion in *Arizona Alliance for Retired Americans*, No. 22-16490.

| | |
|---|---|
| Dated: October 27, 2025 | Respectfully submitted, |
| | /s/ *Jeffrey F. Barr* |
| AARON D. FORD<br>Attorney General<br>JEFFREY M. CONNER (Bar No. 11543)<br>Chief Deputy Solicitor General<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, Nevada 89701-4717<br>T: (775) 684-1100<br>E: jconner@ag.nv.gov<br><br>*Counsel for Defendant Nevada Secretary of State* | Jeffrey F. Barr (Bar No. 7269)<br>ASHCRAFT & BARR LLP<br>8275 South Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>barrj@ashcraftbarr.com<br><br>Thomas R. McCarthy (*pro hac vice*)<br>Gilbert C. Dickey (*pro hac vice*)<br>Conor D. Woodfin (*pro hac vice*)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com |
| THORNDAL ARMSTRONG, PC<br><br>By: /s/ *Katherine Parks*<br>KATHERINE F. PARKS, ESQ.<br>Nevada Bar No. 6227<br>AILEEN E. COHEN, ESQ.<br>Nevada Bar No. 5263<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br><br>*Attorneys for Defendant JIM HINDLE, in his official capacity as clerk for Storey County* | *Counsel for Plaintiffs*<br><br>GARRIT S. PRUYT<br>District Attorney<br><br>By: /s/ *Todd E. Reese*<br>TODD E. REESE<br>Nevada Bar No. 10196<br>Supervising Deputy District Attorney<br>Office of the District Attorney<br>885 E. Musser Street, Suite 2030<br>Carson City, Nevada 89701<br>(775) 887-2070<br>treese@carson.org<br><br>*Attorneys for Defendant William "Scott" Hoen, in his official capacity as Carson City Clerk-Recorder* |

Joint Motion to Continue Hearing

3

| | |
|---|---|
| MARK B. JACKSON<br>Douglas County District Attorney<br><br>By: */s/ Cynthea Gregory*<br>Cynthea Gregory, NSB#6576<br>Deputy District Attorney<br>Office of the Douglas County District Attorney<br>PO Box 218<br>Minden, Nevada 89423<br>Tel: 775-782-9803<br>cgregory@douglas.nv.gov<br><br>*Attorneys for Amy Burgans, Douglas County Clerk*<br><br><br><br>STEPHEN B. RYE<br>Lyon County District Attorney<br><br>*/s/ Stephen B. Rye*<br>Stephen B. Rye<br>Bar No. 5761<br>Lyon County District Attorney<br>31 S. Main Street<br>Yerington, NV 89447<br>(775)463-6511<br>(775)463-6516 (fax)<br>srye@lyon-county.org<br><br>*Attorney for Defendant Staci Lindberg, Lyon County Clerk-Treasurer* | By: */s/ David R. Fox*<br>David R. Fox (NV Bar No. 16536)<br>Christopher D. Dodge (*pro hac vice*)<br>Marisa A. O'Gara (*pro hac vice*)<br>**Elias Law Group LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, DC 20001<br>(202) 968-4490<br>dfox@elias.law<br>cdodge@elias.law<br>mogara@elias.law<br><br>Bradley S. Schrager (NV Bar No. 10217)<br>Daniel Bravo (NV Bar No. 13078)<br>**Bravo Schrager LLP**<br>6675 South Tenaya Way, Suite 200<br>Las Vegas, NV 89113<br>(702) 996-1724<br>bradley@bravoschrager.com<br>daniel@bravoschrager.com<br><br>*Attorneys for Intervenor-Defendants*<br><br><br>STEVEN B. WOLFSON<br>DISTRICT ATTORNEY<br><br>By: */s/ Lisa V. Logsdon*<br>LISA V. LOGSDON, COUNTY COUNSEL<br>State Bar No. 011409<br>500 South Grand Central Pkwy.<br>5th Floor, Ste. 5075<br>Las Vegas, Nevada 89155-2215<br><br>*Attorney for Defendant Lorena Portillo, Clark County Registrar of Voters* |

Joint Motion to Continue Hearing

4

# CERTIFICATE OF SERVICE

I certify that on October 27, 2025, this motion was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Jeffrey F. Barr*

Joint Motion to Continue Hearing