UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiffs<br><br>v.<br><br>FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,<br><br>Defendants | Case No. 2:24-cv-00518-CDS-MDC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**<br><br>[ECF No. 172] |

Having considered the parties' Joint Status Update and Motion to Continue Hearing, the Court grants the motion **[ECF No. 172]** and orders that the hearing currently scheduled for November 3, 2025, is vacated.

The parties must file a notice and proposed briefing schedule within fourteen days of the Ninth Circuit's opinion in *Arizona Alliance for Retired Americans*, No. 22-16490.

Dated: October 28, 2025

_____
Cristina D. Silva
United States District Judge