BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
**BRAVO SCHRAGER LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

DAVID R. FOX, ESQ. (SBN 16536)
CHRISTOPHER D. DODGE, ESQ. (*admitted pro hac vice*)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Tele.: (202) 968-4490
Email: dfox@elias.law
Email: cdodge@elias.law

*Attorneys for Intervenor-Defendants,*
*Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks, <br><br> Defendants. | Case No.: 2:24-cv-00518-CDS-MDC <br><br> **MOTION TO WITHDRAW COUNSEL** |

Intervenor-Defendants Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans (collectively "Intervenor-Defendants") file this Motion to Withdraw Counsel Marisa O'Gara, who left employment with Elias

Law Group LLP on February 2, 2026. Ms. O'Gara was admitted pro hac vice on April 4, 2024, as counsel for Intervenor-Defendants. Intervenor-Defendants will continue to be represented by current counsel at Elias Law Group LLP and Bravo Schrager LLP. Ms. O'Gara's withdrawal will not delay discovery, any hearing, trial, or any other matter in this action.

Dated this 6th day of February, 2026.

**BRAVO SCHRAGER LLP**

By: /s/ Bradley S. Schrager
BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

DAVID R. FOX, ESQ. (SBN 16536)
CHRISTOPHER D. DODGE, ESQ.
(*admitted pro hac vice*)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Tele.: (202) 968-4490
Email: dfox@elias.law
Email: cdodge@elias.law

*Attorneys for Intervenor-Defendants Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2026, a true and correct copy of **MOTION TO WITHDRAWAL COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
BRAVO SCHRAGER LLP