**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Republican National Committee, *et al.*,

Plaintiffs,

vs.

Francisco Aguilar, *et al.*,

Defendants.

Case No. 2:24-cv-00518-CDS-MDC

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY (ECF No. 174)**

The Court has reviewed the *Motion to Withdraw as Attorney* ("Motion") (ECF No. 174). Intervenor defendants Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans (collectively "Intervenor Defendants") request for the withdrawal of their *pro hac vice* counsel in this matter, Marisa O'Gara, Esq. *ECF No. 174*. Intervenor Defendants state that Ms. O'Gara is no longer part of Elias Law Group, LLP ("Elias"). *Id.* Bradley S. Schrager, Esq. and Daniel Bravo, Esq. from Bravo Schrager, LLP and Christoper D. Dodge, Esq. and David R. Fox, Esq. from Elias will continue representing Intervenor Defendants. *See id.* Intervenor Defendants also provided proof that they served this Motion on "all parties or persons requiring notice." *Id.* at 3. No party or person opposes the Motion. For good cause shown and because the Motions are unopposed, the Court therefore grants the Motion.

//

//

//

//

//

//

//

1

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Withdraw as Attorney* (ECF No. 174) is **GRANTED**.

2. Marisa O'Gara, Esq., is to be removed as counsel of record for Intervenor Defendants, Rise Action Fund, Institute for a Progressive Nevada, and Nevada Alliance for Retired Americans, and from CM/ECF service in this matter.

DATED: February 23, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge