Jeffrey F. Barr (NV Bar No. 7269)
EVANS FEARS SCHUTTERT MCNULTY MICKUS
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119
jbarr@efsmmlaw.com

Thomas R. McCarthy* (VA Bar No. 47145)
Gilbert C. Dickey* (VA Bar No. 98858)
Conor D. Woodfin* (VA Bar No. 98937)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

**Admitted pro hac vice*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,

Plaintiffs,

v.

FRANCISCO AGUILAR, *in his official capacity as Nevada Secretary of State*; LORENA PORTILLO, *in her official capacity as the Registrar of Voters for Clark County*; WILLIAM "SCOTT" HOEN, AMY BURGANS, STACI LINDBERG, and JIM HINDLE, *in their official capacities as County Clerks*,

Defendants.

No. 2:24-CV-00518

**JOINT STATUS REPORT**

The parties jointly file this status report and proposed briefing schedule.

1. On October 28, 2025, the Court ordered the parties to file a joint status report and proposed briefing schedule within 14 days of the Ninth Circuit deciding *Arizona Alliance for Retired Americans v. Mayes*, No. 22-16490.

2. On August 7, 2026, an *en banc* panel of the Ninth Circuit issued its decision in *Mayes*. *See Ariz. All. for Retired Ams. v. Mayes*, No. 22-16490, __ F.4th __, 2026 WL 2277101 (9th Cir. Aug. 7, 2026) (en banc).

3. The parties have conferred* and propose the following briefing schedule:

- **September 23**: the parties file cross briefs limited to 10 pages each.
- **October 2**: the parties file cross response briefs limited to 5 pages each.

* Plaintiffs were unable to reach counsel for Carson City by phone or email. All other parties conferred and consent to this proposed schedule.

Dated: August 21, 2026

Respectfully submitted,

/s/ Jeffrey M. Conner

AARON D. FORD
Attorney General
JEFFREY M. CONNER (Bar No. 11543)
Chief Deputy Solicitor General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: jconner@ag.nv.gov

*Counsel for Defendant Nevada Secretary of State*

THORNDAL ARMSTRONG, PC

By: /s/ Katherine F. Parks

KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509

*Attorneys for Defendant Jim Hindle, in his official capacity as clerk for Storey County*

/s/ Jeffrey F. Barr

Jeffrey F. Barr (NV Bar No. 7269)
EVANS FEARS SCHUTTERT MCNULTY MICKUS
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119
jbarr@efsmmlaw.com

Thomas R. McCarthy (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Conor D. Woodfin (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Plaintiffs*

GARRIT S. PRUYT
District Attorney

By: /s/

TODD E. REESE
Nevada Bar No. 10196
Supervising Deputy District Attorney
Office of the District Attorney
885 E. Musser Street, Suite 2030
Carson City, Nevada 89701
(775) 887-2070
treese@carson.org

*Attorneys for Defendant William "Scott" Hoen, in his official capacity as Carson City Clerk-Recorder*

MARK B. JACKSON
Douglas County District Attorney

By: /s/ Cynthea Gregory
Cynthea Gregory, NSB#6576
Deputy District Attorney
Office of the Douglas County District Attorney
PO Box 218
Minden, Nevada 89423
Tel: 775-782-9803
cgregory@douglas.nv.gov

*Attorneys for Amy Burgans, Douglas County Clerk*

STEPHEN B. RYE
Lyon County District Attorney

/s/ Stephen B. Rye
Stephen B. Rye
Bar No. 5761
Lyon County District Attorney
31 S. Main Street
Yerington, NV 89447
(775)463-6511
(775)463-6516 (fax)
srye@lyon-county.org

*Attorney for Defendant Staci Lindberg, Lyon County Clerk-Treasurer*

By: /s/ David R. Fox
David R. Fox (NV Bar No. 16536)
Christopher D. Dodge (*pro hac vice*)
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
cdodge@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
Bravo Schrager LLP
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants*

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Lisa V. Logsdon
LISA V. LOGSDON
COUNTY COUNSEL
State Bar No. 011409
500 South Grand Central Pkwy.
5th Floor, Ste. 5075
Las Vegas, Nevada 89155-2215

*Attorney for Defendant Lorena Portillo, Clark County Registrar of Voters*

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, this status report was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Jeffrey F. Barr*