STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **LISA V. LOGSDON**
County Counsel
State Bar No. 011409
By: **GIA A. McGILLIVRAY**
Deputy District Attorney
State Bar No. 08182
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155d-2215
Telephone: (702) 455-4761
Fax: (702) 382-5178
E-Mail: Lisa.Logsdon@ClarkCountyDANV.gov
E-Mail: Gia.McGillivray@ClarkCountyDANV.gov
*Attorneys for Defendant*
*Lorena Portillo*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NEVADA REPUBLICAN PARTY, and SCOTT JOHNSTON,<br><br>Plaintiff(s),<br><br>vs.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State; LORENA PORTILLO, in her official capacity as the Registrar of Voters for Clark County; WILLIAM "SCOTT" HOEN, AMY BURGAINS, STACI LINDBERG, and JIM HINDLE, in their official capacities as County Clerks,<br><br>Defendant(s). | Case No: 2:24-cv-00518-CDS-MDC |

**NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** that STEVEN B. WOLFSON, District Attorney, through GIA A. McGILLIVRAY, is hereby entering a Notice of Appearance on behalf of Defendant LORENA PORTILLO, in her official capacity as Deputy District Attorney,

///

///

appearing, as counsel and co-counsel with, LISA V. LOGSDON, County Counsel.

DATED this **7th** day of October, 2026.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: *<u>/s/ Gia A. McGillivray</u>*
**LISA V. LOGSDON**
County Counsel
State Bar No. 011409
**GIA A. McGILLIVRAY**
Deputy District Attorney
State Bar No. 08182
500 South Grand Central Pkwy. 5th Flr.
Las Vegas, Nevada 89155-2215
*Attorneys for Defendant*
*Lorena Portillo*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court for the United States District Court of Nevada by using the court's CM/ECF system on this **October 7, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all participants by:

☒ CM/ECF

☐ Electronic mail; or

☐ US Mail or Carrier Service

*/s/ Tawana Thomas*
An Employee of the Clark County District Attorney's Office – Civil Division